UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LOUIS CROSBY,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, et al.,<br><br>        Respondents. | Case No. EDCV 11-920 JVS (AJW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF<br>MAGISTRATE JUDGE |

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: August 20, 2012

_____
James V. Selna
United States District Judge