1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10                               **EASTERN DIVISION**

11   **LOUIS CROSBY,**                    )   **Case No. EDCV 11-920 JVS (AJW)**
                                          )
12             **Petitioner,**            )
                                          )
13        **v.**                          )   **JUDGMENT**
                                          )
14   **WARDEN, et al.,**                  )
                                          )
15             **Respondents.**           )
     ─────────────────────────────────── )
16

17        It is hereby adjudged that the petition for a writ of habeas

18   corpus is denied.

19

20   Dated:   August 20, 2012

21                                        _____

22                                        James V. Selna
                                          United States District Judge

23

24

25

26

27

28